**1695** BOARD OF PARK COMMISSIONERS vs. COMMON COUNCIL (Detroit), 28 M., 227.

To compel respondent to order an issue of bonds to purchase land for a park, contracted for by the commissioners.

Denied October 28, 1873.

Held, that in matters of exclusive local concern, the State has no right to interfere and control by compulsory legislation the action of municipal corporations. Also, that the performance of a mere ministerial duty may as well be enforced by mandamus when it rests upon an aggregate body like the Common Council, as when incumbent upon a single officer.